[No. 73654-0-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ELLIS THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02704-1, Marybeth Dingledy, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Mann, JJ.

[No. 73710-4-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AYANNA ABAEBA SHAMARI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10101-9, Roger Rogoff, J., entered June 2, 2015. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Spearman, JJ.

[No. 73711-2-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00621-0, George F.B. Appel, J., entered July 1, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Spearman, JJ.

[No. 73756-2-1.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PHUONG VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00205-9, Dave Needy, J., entered July 2, 2015. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.